**Order entered August 10, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00599-CR

**RENE HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F-1452460-P**

## ORDER

We **GRANT** court reporter Lisabeth Kellett's request for an extension of time to file the

reporter's record in this case and **ORDER** the record filed no later than September 6, 2016.

/s/    ADA BROWN
       JUSTICE